IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


KERRY CREAMER,

      Plaintiff,

v.                                                                          CASE NO. 4:14cv482-RH/CAS

DEPARTMENT OF CHILDREN
AND FAMILY SERVICES, and
the STATE OF FLORIDA,

      Defendant.

_____/


## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 30, and the plaintiff's response, ECF No. 31, which includes both objections to the report and recommendation and a request for leave to further amend the complaint. I have reviewed de novo the issues raised by the objections.

As the report and recommendation correctly notes, the plaintiff's claims are jurisdictionally barred on two grounds: Eleventh Amendment immunity and the *Rooker-Feldman* doctrine. The proposed amendment would remove the Eleventh

Amendment bar.  But the proposed amendment would be futile, because the claims still would be barred by the *Rooker-Feldman* doctrine.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The defendant's motion to dismiss, ECF No. 27, is GRANTED.  The clerk must enter judgment stating, "The second amended complaint is dismissed for lack of jurisdiction."  The clerk must close the file.

SO ORDERED on September 7, 2015.

                                    s/Robert L. Hinkle
                                    United States District Judge